NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1132, -1151

GEO M. MARTIN COMPANY
and THE MARTIN FAMILY TRUST – 1989,

Plaintiffs-Appellants,

v.

ALLIANCE MACHINE SYSTEMS INTERNATIONAL LLC,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in case no. 07-CV-00692, Judge William H. Alsup.

ON MOTION

ORDER

Upon consideration of the joint motion for leave to include transcript pages in an addendum with the opening briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN - 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  J. Thomas Vitt, Esq.
     Kenneth E. Keller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK